UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| v. | ) | **CIVIL CASE** |
| | ) | **CASE NO. 7:21-CV-80-BO** |
| ALEX KING, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the M&R of Judge Numbers is ADOPTED in part. [DE 7]. Plaintiffs application to proceed *in forrna pauperis* is GRANTED. The Clerk is DIRECTED to file the complaint. Plaintiffs Fair Housing Act claim is DISMISSED because plaintiff fails to plead sufficient facts demonstrating a plausible claim. Plaintiffs requests to amend are DENIED.

**This Judgment Filed and Entered on August 30, 2021, and Copies To:**

Gary L. Swanson                                              (Sent to 310 N. Front St. Wilmington, NC 28401 via US Mail)

DATE:                                                        PETER A. MOORE, JR., CLERK

August 30, 2021                                              (By) /s/ Nicole Sellers

                                                             Deputy Clerk